BRIAN C. LEIGHTON, CA BAR # 090907
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, California 93612
Telephone (559) 297-6190
Facsimile (559) 297-6194
Email: kbarker@arrival.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARVIN D. HORNE and LAURA R. HORNE, d.b.a. RAISIN VALLEY FARMS, a partnership and d.b.a. RAISIN VALLEY FARMS MARKETING ASSOCIATION, a.k.a. RAISIN VALLEY MARKETING, an unincorporated association; MARVIN D. HORNE, LAURA R. HORNE, DON DURBAHN, and the ESTATE of RENA DURBAHN, d.b.a. LASSEN VINEYARDS, a partnership,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　　　Defendant. | CASE NO. 1:08-CV-01549-LJO-SMS<br><br>**STIPULATION AND ORDER THEREON RE: BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND HEARING THEREON**<br><br><br>Complaint Filed:　　October 14, 2008 |

　　　　WHEREAS Plaintiffs are represented by Brian C. Leighton, a sole practitioner in the above-referenced matter; and

　　　　WHEREAS in the Court's previous Scheduling Order of February 18, 2009 the Honorable Magistrate Judge Sandra M. Snyder set a briefing schedule for cross-motions for summary judgment as follows:

---

**STIPULATION AND ORDER THEREON RE: BRIEFING
SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY
JUDGMENT AND HEARING THEREON**

1. Plaintiffs' Motion for Summary Judgment filing deadline: May 27, 2009;

2. Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment filing deadline: June 24, 2009;

3. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline July 22, 2009;

4. Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment filing deadline August 5, 2009; and

5. Hearing on Cross-Motions for Summary Judgment (est. 2 hours) September 9, 2009, at 8:30 a.m., Courtroom 4, the Honorable Lawrence J. O'Neill.

WHEREAS counsel for Plaintiffs has several briefs due the same week as Plaintiffs' Motion for Summary Judgment filing deadline of May 27, 2009, including a Ninth Circuit Court of Appeals brief due May 29, 2009, in another matter involving Marvin D. Horne, et al versus United States Department of Agriculture, as well as several matters pending the District Court in Washington, D.C., and a trial court brief in Sacramento County Superior Court due the same week, the parties stipulate and agree, with the Court's permission that said dates set forth above be continued as follows:

1. Plaintiffs' Motion for Summary Judgment filing deadline: **June 25, 2009**;

2. Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment filing deadline: **July 27, 2009**;

3. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline **August 21, 2009**;

4. Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment filing deadline **September 9, 2009**; and

5. Hearing on Cross-Motions for Summary Judgment (est. 2 hours) **October 28, 2009**, at 8:30 a.m., Courtroom 4, the Honorable Lawrence J. O'Neill.

Respectfully submitted,

DATED: May 26, 2009

/S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiffs

DATED: May 26, 2009

/S/ BENJAMIN E. HALL
BENJAMIN E. HALL, Assistant
United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the foregoing stipulation between the parties, GOOD CAUSE APPEARING, the stipulated dates are so ordered as follows:

1. Plaintiffs' Motion for Summary Judgment filing deadline: **June 25, 2009**;

2. Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment filing deadline: **July 27, 2009**;

3. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline **August 21, 2009**;

4. Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment filing deadline **September 9, 2009**; and

5. Hearing on Cross-Motions for Summary Judgment (est. 2 hours) **October 28, 2009**, at 8:30 a.m., Courtroom 4, the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   May 27, 2009**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE