BRIAN C. LEIGHTON, CA BAR # 090907
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, California 93612
Telephone (559) 297-6190
Facsimile (559) 297-6194
Email: kbarker@arrival.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARVIN D. HORNE and LAURA R. HORNE, d.b.a. RAISIN VALLEY FARMS, a partnership and d.b.a. RAISIN VALLEY FARMS MARKETING ASSOCIATION, a.k.a. RAISIN VALLEY MARKETING, an unincorporated association; MARVIN D. HORNE, LAURA R. HORNE, DON DURBAHN, and the ESTATE of RENA DURBAHN, d.b.a. LASSEN VINEYARDS, a partnership,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | CASE NO. 1:08-CV-01549-LJO-SMS<br><br>**SECOND STIPULATION AND ORDER THEREON RE: BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND HEARING THEREON**<br><br>Complaint Filed:    October 14, 2008 |

WHEREAS Plaintiffs are represented by Brian C. Leighton, a sole practitioner in the above-referenced matter; and

WHEREAS Defendant is represented by Assistant United States Attorney Benjamin E. Hall; and

WHEREAS in the Court's previous Scheduling Order of February 18, 2009 the Honorable Magistrate Judge Sandra M. Snyder set a briefing schedule for cross-motions for summary judgment; and

1  WHEREAS the parties stipulated to continue the briefing schedule and hearing date that was set
2  by Magistrate Judge Sandra M. Snyder and an Order was entered on May 27, 2009 which set the parties'
3  briefing schedule as follows:
4  　　1.　Plaintiffs' Motion for Summary Judgment filing deadline: **June 25, 2009**;
5  　　2.　Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's
6  Cross-Motion for Summary Judgment filing deadline: **July 27, 2009**;
7  　　3.　Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and
8  Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline
9  **August 21, 2009**;
10 　　4.　Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary
11 Judgment filing deadline **September 9, 2009**; and
12 　　5.　Hearing on Cross-Motions for Summary Judgment (est. 2 hours) **October 28, 2009**, at
13 8:30 a.m., Courtroom 4, the Honorable Lawrence J. O'Neill.
14 　　WHEREAS it came to the attention of counsel that the Administrative Record in this matter was
15 not Bates Stamped before it was provided to the parties, and was not available by disk and that
16 converting the hundreds of documents to disk and in a format readily useable for counsel and the Court
17 would be far more efficient; and
18 　　WHEREAS Counsel for the Defendant is in the process of converting the Administrative Record
19 and will provide it to the Court and the Plaintiffs in user-friendly form so that citations to the record will
20 be consistent; and
21 　　WHEREAS the parties stipulate and agree, with the Court's permission, that said dates set forth
22 above be continued as follows:
23 　　1.　Plaintiffs' Motion for Summary Judgment filing deadline: **July 23, 2009**;
24 　　2.　Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's
25 Cross-Motion for Summary Judgment filing deadline: **September 3, 2009**;
26
27
28

3. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline **September 28, 2009**;

4. Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment filing deadline **October 16, 2009**; and

5. Hearing on Cross-Motions for Summary Judgment (est. 2 hours) **October 28, 2009**, at 8:30 a.m., Courtroom 4, the Honorable Lawrence J. O'Neill. This is the same date as set by the Court in the Stipulation and Order Thereon entered on May 27, 2009.

Respectfully submitted,

DATED: June 18, 2009

/S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiffs

DATED: June 18, 2009

/S/ BENJAMIN E. HALL
BENJAMIN E. HALL, Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the foregoing stipulation between the parties, GOOD CAUSE APPEARING, the stipulated dates are so ordered as follows:

1. Plaintiffs' Motion for Summary Judgment filing deadline: **July 23, 2009**;

2. Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment filing deadline: **September 3, 2009**;

3. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline **September 28, 2009**;

4. Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment filing deadline **October 16, 2009**; and

1       5.    Hearing on Cross-Motions for Summary Judgment (est. 2 hours) **October 28, 2009**, at 8:30 a.m., Courtroom 4, the Honorable Lawrence J. O'Neill.  This is the same date as set by the Court in the Stipulation and Order Thereon entered on May 27, 2009.

IT IS SO ORDERED.

**Dated:   June 22, 2009**                                         /s/ **Sandra M. Snyder**
                                                                           UNITED STATES MAGISTRATE JUDGE