# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HORNE and LAURA R. HORNE, d.b.a. RAISIN VALLEY FARMS MARKETING ASSOCIATION, a.k.a. RAISIN VALLEY MARKETING, an unincorporated association; MARVIN D. HORNE; LAURA R. HORNE; DON DURBAHN and the ESTATE of RENA DURBAHN, d.b.a. LASSEN VINEYARDS, a partnership,<br><br>        Plaintiffs,<br>  vs.<br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>        Defendant. | CASE NO. CV F 08-1549 LJO SMS<br><br>**ORDER ON THIRD STIPULATION RE: BRIEFING FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** (Doc. 17) |

Based on the July 27, 2009 stipulation, and this Court's inherent power to control its proceedings, this Court SETS the following briefing schedule for the cross-motions for summary judgment:

1. Plaintiffs' Motion for Summary Judgment ("Plaintiffs' opening brief") shall be filed no later than **August 25, 2009.** Plaintiffs' opening brief shall not exceed **35 pages** in length;

2. Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment ("Defendant's opening brief") shall be filed no later than **October 6, 2009.** Defendant's opening brief shall not exceed **35 pages** in length;

1

3. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiff's Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment ("Plaintiffs' reply brief") shall be filed no later than **October 30, 2009.** Plaintiffs' response brief shall not exceed **15 pages** in length;

4. Defendant's Reply to Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment ("Defendant's reply brief") shall be filed no later than **November 17, 2009.** Defendant's response brief shall not exceed **15 pages** in length;

5. The parties shall file a Joint Statement of Undisputed Facts no later than **August 25, 2009**. Each party may file a Separate Statement of Disputed Facts, if any, at the time together with that party's opening brief. Each party may file objections to the opposing party's Separate Statement of Disputed Facts together with that party's response brief;

6. A hearing on these motions, if necessary, is set for **December 4, 2009** at 1:30 p.m. in Courtroom 4 (LJO).

IT IS SO ORDERED.

**Dated:   July 28, 2009**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE