# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HORNE and LAURA R. HORNE, d.b.a. RAISIN VALLEY FARMS MARKETING ASSOCIATION, a.k.a. RAISIN VALLEY MARKETING, an unincorporated association; MARVIN D. HORNE; LAURA R. HORNE; DON DURBAHN and the ESTATE of RENA DURBAHN, d.b.a. LASSEN VINEYARDS, a partnership, <br><br>          Plaintiffs, <br>     vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>          Defendant. | CASE NO. CV F 08-1549 LJO SMS <br><br> **ORDER ON FOURTH STIPULATION RE: BRIEFING FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** (Doc. 19) |

Based on the August 24, 2009 stipulation, and this Court's inherent power to control its proceedings, this Court ORDERS as follows:

1. Plaintiffs' Motion for Summary Judgment shall be filed no later than **August 28, 2009.** Plaintiffs' opening brief shall not exceed **35 pages** in length;
2. The parties shall lodge the administrative record no later than **August 28, 2009**.
3. All other dates in this Court's Order on Third Stipulation Re: Briefing For Cross-Motions For Summary Judgment (Doc. 18) shall remain intact and in effect.

IT IS SO ORDERED.

**Dated:   August 25, 2009**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1