1  BRIAN C. LEIGHTON, CA BAR # 090907
   Law Offices of Brian C. Leighton
2  701 Pollasky Avenue
   Clovis, California  93612
3  Telephone (559) 297-6190
   Facsimile (559) 297-6194
4  Email: kbarker@arrival.net

5  Attorney for Plaintiffs

8          **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF CALIFORNIA**
9                  **FRESNO DIVISION**

| | |
|---|---|
| MARVIN D. HORNE and LAURA R. HORNE, d.b.a. RAISIN VALLEY FARMS, a partnership and d.b.a. RAISIN VALLEY FARMS MARKETING ASSOCIATION, a.k.a. RAISIN VALLEY MARKETING, an unincorporated association; MARVIN D. HORNE, LAURA R. HORNE, DON DURBAHN, and the ESTATE of RENA DURBAHN, d.b.a. LASSEN VINEYARDS, a partnership,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>     Defendant. | CASE NO. 1:08-CV-01549-LJO-SMS<br><br>**STIPULATION EXTENDING DUE DATES BY TWO (2) COURT DAYS IN WHICH TO FILE PLAINTIFFS' OPPOSITION AND REPLY AND DEFENDANT'S REPLY REGARDING THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON**<br><br>Complaint Filed:    October 14, 2008 |

22  WHEREAS Plaintiffs are represented by Brian C. Leighton, a sole practitioner in the above-referenced matter; and

24  WHEREAS Defendant is represented by Assistant United States Attorney Benjamin E. Hall; and

1  WHEREAS in the Court's previous Scheduling Order of February 18, 2009 the Honorable Magistrate Judge Sandra M. Snyder set a briefing schedule for cross-motions for summary judgment; and

4  WHEREAS the parties stipulated to continue the briefing schedule and hearing date and an Order was entered on July 28, 2009 which set the parties' briefing schedule;

6  WHEREAS Plaintiffs' counsel is in the process of negotiating a settlement in a very large case before the U.S. District Court for the District of Columbia which involves upper level Department of Justice Officials which has taken up most of his time over the last two weeks;

9  WHEREAS Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline is currently Friday, October 30, 2009;

12  WHEREAS Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment deadline is currently, Tuesday, November 17, 2009.

14  WHEREAS the parties further stipulate to a two (2) court day extension of time in which the parties may file their respective pleadings as follows;

16  1.  Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline: **November 3, 2009**.

19  2.  Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment deadline: **November 19, 2009**.

Respectfully submitted,

DATED: October 28, 2009

/S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiffs

DATED: October 28, 2009

/S/ BENJAMIN E. HALL
BENJAMIN E. HALL, Assistant United States Attorney
Attorneys for Defendant

---

STIPULATION EXTENDING DUE DATES BY TWO (2) COURT DAYS IN WHICH TO FILE PLAINTIFFS' OPPOSITION AND REPLY AND DEFENDANT'S REPLY REGARDING THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON

2

**ORDER**

Based upon the foregoing stipulation between the parties, GOOD CAUSE APPEARING, the stipulated dates are so ordered as follows:

1. Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment filing deadline: **November 3, 2009**.

2. Defendant's Reply to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment deadline: **November 19, 2009**.; and

3. Hearing on Cross-Motions for Summary Judgment (est. 2 hours) **December 4, 2009**, at 1:30 p.m., Courtroom 4, the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   October 29, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE