FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MARVIN D. HORNE, DBA Raisin Valley Farms; et al., | No. 10-15270 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 1:08-cv-01549-LJO-SMS Eastern District of California, Fresno |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ORDER |
| Defendant - Appellee. | |

Before: REINHARDT, HAWKINS, and GOULD, Circuit Judges.

The Unopposed Motion for a 30-Day Extension of Time to File Response to Motion for Attorneys' Fees and Expenses is GRANTED. Appellee shall have to and including September 30, 2015, to file its response.