UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARVIN HORNE, DBA Raisin Valley Farms; et al.,<br><br>            Plaintiffs - Appellants,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>            Defendant - Appellee. | No. 10-15270<br><br>D.C. No. 1:08-cv-01549-LJO-SMS<br>U.S. District Court for Eastern California, Fresno<br>Supreme Court of the United States No. 14-275<br><br>**MANDATE** |

The judgment of the Supreme Court of the United States, entered on June 22, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7